UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MIRZA MINDS INC., an Illinois Corporation, D/B/A 1 FACE WATCH COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>KENVOX US L.L.C., a Nevada Corporation, MARC RESNICK and JANE DOE RESNICK and the marital community composed thereof, CHERE RESNICK and JOHN DOE RESNICK and the marital community composed thereof, DAVID HERRERA and JANE DOE HERRERA and the marital community thereof, JOHN DOES 1-6 AND JANE DOES 1-6,<br><br>    Defendants. | NO. 2:15-cv-00053-SAB<br><br>**ORDER AWARDING PLAINTIFF ATTORNEY'S FEES** |

    Before the Court is Plaintiff's Affidavit of Attorney's Fees RE Plaintiff's Motion for Compell [sic], ECF No. 28, and the request for attorney's fees in Plaintiff's Motion to Compel, ECF No. 23. Plaintiff Mirza Minds Inc. filed the

**ORDER AWARDING PLAINTIFF ATTORNEY'S FEES ^ 1**

motion to compel discovery when pro se Defendants Marc Resnick and Chere Resnick refused to provide requested discovery. The Court granted Plaintiff's Motion to Compel, and, pursuant to Fed. R. Civ. P. 37(a)(5)(A), granted the award of attorney's fees against Defendants Chere Resnick and Marc Resnick. ECF No. 25. The Court solicited both an affidavit from Plaintiff supporting the application for fees, and objections from Defendants. Plaintiff filed the affidavit, while Defendants filed no response within the set deadline.

The Court has reviewed the motions, affidavits, and exhibits, and **awards** Plaintiff the full amount requested. The Court finds the hourly rate and time spent on this matter by Plaintiff's counsel to be reasonable.

Accordingly**, IT IS HEREBY ORDERED:**

1. The Court awards attorney's fees in the amount of $1,650.00, payable to Plaintiff Mirza Minds Inc. Defendants Marc Resnick and Chere Resnick are jointly and severally liable for the total amount of the award.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, enter a judgment in the amount of $1,650.00 in favor of Plaintiff, and provide copies to counsel and pro se parties.

**DATED** this 10th day of December, 2015.

_Stanley A. Bastian_
Stanley A. Bastian
United States District Judge

**ORDER AWARDING PLAINTIFF ATTORNEY'S FEES ^ 2**