# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| MIRZA MINDS INC., an Illinois Corporation, D/B/A 1 FACE WATCH COMPANY, <br><br> *Plaintiff* <br> v. <br> KENVOX US L.L.C., et al. <br><br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:15-cv-00053-SAB <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Court awards attorney's fees in the amount of $1,650.00, payable to Plaintiff Mirza Minds Inc. Defendants Marc Resnick and Chere Resnick are jointly and severally liable for the total amount of the award.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on a motion for to compel discovery.

Date:  December 10, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Jaime M. White
*(By) Deputy Clerk*

Jaime M. White