# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| MIZRA MINDS INC., an Illinois Corporation, D/B/A 1 FACE WATCH COMPANY, *Plaintiff* <br> v. <br> KENVOX US L.L.C., et al. <br> *Defendant* | ) ) ) ) ) Civil Action No. 2:15-cv-00053-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant Herreras' Motion for Award of Attorney's Fees and Costs (ECF No. 39) is GRANTED. The Court awards attorney's fees in the amount of $6,708.81 in favor of and made payable to David Herrera, against Plaintiff Mirza Minds, Inc.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 1/14/2016

CLERK OF COURT

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*
Lennie Rasmussen