# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

MIRZA MINDS INC., an Illinois corporation d/b/a
1FACE WATCH COMPANY,

_____
*Plaintiff*

v.

KENVOX USA LLC, MARC RESNICK, CHERE
RESNICK, et al.,

_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No.   2:15-cv-00053-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)*   MIRZA MINDS INC., d/b/a 1FACE WATCH COMPANY   recover from the
defendants *(name)*   CHERE RESNICK and MARC RESNICK   the amount of
two hundred seventy four thousand five hundred fifty dollars 00/100   dollars ($ 274,550.00 ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of  12.00  % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☐ other:   Plaintiff's Motion for Entry of Default Judgment  (ECF No. 83) is GRANTED.
                 Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   STANLEY  A. BASTIAN _____ on a motion for
     Entry of Default.

Date:  11/30/2017 _____

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Tonia Ramirez
_____
*(By) Deputy Clerk*

Tonia Ramirez
_____